UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

NATHAN HANLON,
on behalf of himself and
all others similarly situated,

      Plaintiff,                                       Case No. 22-cv-848

     v.

LUNDA CONSTRUCTION COMPANY

      Defendant

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

COMES NOW Plaintiff, Nathan Hanlon, and by his attorneys, Walcheske & Luzi, LLC, and hereby motions this Court to direct the Clerk to enter default against Defendant pursuant to FED. R. CIV. P. 55(a).

On September 12, 2022, an affidavit of service was filed with this Court, stating, among other things, that Defendant's registered agent was served with a copy of the Summons and Complaint in this matter on September 6, 2022. (ECF No. 5.)

Defendant's Answer or other responsive pleadings to Plaintiff's Complaint were due on or before September 27, 2022 – twenty-one (21) days after September 6, 2022. *See* FED. R. CIV. P. 12(a)(1)(A)(i) (stating that a defendant "must serve an answer… within 21 days after being served with the summons and complaint.").

To date, Defendant has not filed an Answer or other responsive pleading to Plaintiff's Complaint. Therefore, because the time for Defendant to do so has passed, the Clerk must enter default against Defendant pursuant to FED. R. CIV. P. 55(a).

**WHEREFORE**, Plaintiff respectfully requests that this Court grant his Motion.

Dated this 3rd day of October, 2022

WALCHESKE & LUZI, LLC
Counsel for Plaintiff

s/ ***Scott S. Luzi***
Scott S. Luzi, State Bar No. 1067405

WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-Mail: sluzi@walcheskeluzi.com