UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

NATHAN HANLON
on behalf of himself and all
others similarly situated,

       Plaintiff,

v.

LUNDA CONSTRUCTION COMPANY,

       Defendant.

Case No. 22-cv-848

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

The parties hereby stipulate pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) that this matter may be dismissed with prejudice and without costs to either party.

Dated this 1st day of February, 2024

| | |
|---|---|
| *s/ David M. Potteiger* | *s/ Keith E. Kopplin* |
| James A. Walcheske, WI Bar No. 1065635 | Keith E. Kopplin, WI Bar No. 1044861 |
| Scott S. Luzi, WI Bar No. 1067405 | Suzanne M. Watson, WI Bar No, 1079803 |
| David M. Potteiger, WI Bar No. 1067009 | |
| | OGLETREE, DEAKINS, NASH, |
| WALCHESKE & LUZI, LLC | SMOAK & STEWART, P.C. |
| | |
| 235 N. Executive Drive, Suite 240 | 1243 North 10th Street, Suite 200 |
| Brookfield, Wisconsin 53005 | Milwaukee, Wisconsin 53205 |
| Telephone: (262) 780-1953 | Telephone: (414) 239-6400 |
| | |
| E-Mail: jwalcheske@walcheskeluzi.com | E-Mail: keith.kopplin@ogletree.com |
| E-Mail: sluzi@walcheskeluzi.com | E-Mail: suzanne.watson@ogletree.com |
| E-Mail: dpotteiger@walcheskeluzi.com | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |